Check No. 1159028

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 13-03763-RNO | 004-0 | PIOTR GODEK | 3215 | 9,700.14 | 1,677.28 | 0.00 | 1,677.28 |
| | | Original Check written to: WELLS FARGO | | | | | |
| 14-04733-MDF | 999-0 | MARIE CELESTIN | | 0.00 | 218.67 | 0.00 | 218.67 |
| | | Original Check written to: MARIE CELESTIN 313 SOUTH THIRD STREET LEBANON, PA  17042 | | | | | |
| 15-00080-JJT | 999-0 | JAMES M. FRY | | 0.00 | 2,677.60 | 0.00 | 2,677.60 |
| | | Original Check written to: JAMES M. FRY 16547 ROUTE 6 MANSFIELD, PA  16933 | | | | | |
| 15-00892-MDF | 999-0 | CLARENCE L. BRIGGS | | 0.00 | 84.14 | 0.00 | 84.14 |
| | | Original Check written to: CLARENCE L. BRIGGS 1506 DOGWOOD DRIVE READING, PA  19609-1014 | | | | | |
| 15-05284-JJT | 999-0 | FAY GASPARD | | 0.00 | 1,680.44 | 0.00 | 1,680.44 |
| | | Original Check written to: FAY GASPARD 455 LAUREL PINE RD CRESCO, PA  18326-7023 | | | | | |
| 16-00023-MDF | 999-0 | STEVE C. ENRIQUEZ | | 0.00 | 848.70 | 0.00 | 848.70 |
| | | Original Check written to: STEVE C. ENRIQUEZ 324 FAIRVIEW STREET CARLISLE, PA  17015 | | | | | |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive. Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604
60-142 / 313

**No. 1159028**

December 06, 2016

PAY** Seven Thousand One Hundred Eighty Six Dollars and 83 Cents*****************

AMOUNT**$7,186.83**********

TO THE ORDER OF

VOID AFTER March 06, 2017
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA  17108-

⑈1159028⑈ ⑆031301422⑆  1618  66156⑈

Case 5:15-bk-05284-JJT    Doc 46    Filed 12/06/16    Entered 12/06/16 08:42:49    Desc
Main Document    Page 1 of 1